# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00444-CV

**In the Interest of J. D. F.**

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
NO. 223,645-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Bridgette L. Davidson has filed a letter in which she states that "there will be no appeal filed" from the decree designating her parents the joint managing conservators of J. D. F. We consider this a motion to dismiss this appeal. We grant the motion and dismiss this appeal.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   October 23, 2008